

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 2 4 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0141                                    DATE: 2/20/2015
COA #: 12-13-00005-CV        TC#: 2012-876-A
STYLE:  THE GOOD SHEPHERD HOSPITAL, INC.
     v.  RONALD MASTEN AND CHARLENE MASTEN

     A petition for review was filed today in the above-styled
case.  Respondent may file either a response, or a waiver of
response.  If you file a waiver, the Court will not grant the
petition without first requesting a response.  (TEX. R. APP. P.
53.3)  There is no fee for a response or a waiver.



               MS. CATHY S. LUSK
               CLERK, TWELFTH COURT OF APPEALS
               1517 WEST FRONT, SUITE 354
               TYLER, TX  75702